Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
6435 Balboa Boulevard, Suite 247
Encino, CA 91316
T: (818) 205-2466
stuart@pricelawgroup.com
Attorneys for Plaintiff
Larraine De Leon

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVSION

LARRAINE DE LEON,

      Plaintiff,

v.

ONEMAIN FINANCIAL GROUP, LLC,

      Defendant.

Case No.: 2:17-cv-01603-RSWL-AJW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff Larraine De Leon ("Plaintiff") through her attorneys, Price Law Group APC, and Defendant OneMain Financial Group, LLC ("OneMain"), by and through its attorneys, Yu Mohandesi LLP, hereby stipulate to dismiss Plaintiff's claims against OneMain with prejudice pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees.

DATED: January 18, 2018                    **PRICE LAW GROUP, APC**

By: */s/ Stuart M. Price*
Stuart M. Price
Attorneys for Plaintiff
Larraine De Leon

DATED: January 18, 2018                    **YU | MOHANDESI LLP**

By: /s/ *Brett B. Goodman*
Brett B. Goodman
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
bgoodman@yumollp.com
Tel: (213) 375-3543
Attorneys for Defendant
OneMain Financial Group, LLC

## ECF Signature Certification

Pursuant to Local Rule 5-4.3.4, I, Stuart Price, hereby certify that the content of this document is acceptable to Brett B. Goodman counsel for Defendant OneMain Financial Group, LLC and I have obtained Mr. Goodman's authorization to affix his electronic signature to this document.

Dated: January 18, 2018     /s/ Stuart M. Price

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the foregoing CM/ECF registrants:

*/s/ Sandra Padilla*