JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRAINE DE LEON,<br><br>　　　Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>　　　Defendant.<br><br>　　　Defendant. | Case No.: 2:17-cv-01603-RSWL-AJW<br><br>**ORDER OF DISMISSAL** |

　　　Upon review of the Stipulation to Dismiss OneMain Financial Group, LLC with Prejudice [Doc. 19], filed by Plaintiff Larraine De Leon and Defendant OneMain Financial Group, LLC and good cause appearing,

　　　**IT IS ORDERED** that 1) the stay of this action imposed on June 5, 2017 [19] is lifted; and 2) the Stipulation to Dismiss One Main Financial Group, LLC with prejudice, is GRANTED, with the parties to bear their own costs and attorneys' fees.

　　　The clerk shall close this action.

Dated:  1/22/2018　　　　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　　Honorable Ronald S.W. Lew
　　　　　　　　　　　　　　　　　　　　United States District Judge